IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41464
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JULIE VONDELL DRAKE ARD,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-169-4
- - - - - - - - - -

August 27, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

Julie Vondell Drake Ard appeals her conviction for participating in a conspiracy to transport stolen money in interstate commerce and for knowingly receiving in interstate commerce stolen money. She challenges the sufficiency of the evidence supporting her conviction, arguing that the jury should not have believed the testimony of the chief witness against her.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ard did not move for a judgment of acquittal after the Government rested or after the close of evidence.  Accordingly, the standard of review is whether there was a manifest miscarriage of justice.  <u>See</u> <u>United States v. Thomas</u>, 12 F.3d 1350, 1358 (5th Cir. 1994).

The jury has the sole responsibility for determining the weight and credibility of the evidence.  <u>United States v. Landerman</u>, 109 F.3d 1053, 1067-68 (5th Cir. 1997), <u>modified on other grounds</u>, 116 F.3d 119 (5th Cir. 1997).  The jury's verdict did not result in a manifest miscarriage of justice.

AFFIRMED.